JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Manuel Olea,

        Plaintiff,

        v.

Trojan Battery Company, LLC et al.,

        Defendants.

Case No. 2:20-cv-08004-VAP-(PDx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *Manuel Olea v. Trojan Battery Company, LLC et al.*, 2:20-cv-08004-VAP-(PDx), is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    9/21/21

                      Virginia A. Phillips
               United States District Judge

United States District Court
Central District of California

1